UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO FALCON, | ) Case No.: 1:11-cv-00427 LJO JLT (PC) |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | ) |
| M. FARLEY | ) (Doc. 19) |
| Defendant. | ) |

Before the Court is Defendant's request for 15 additional days within which to file a motion for summary judgment. (Doc. 19) Counsel reports that she has had some difficulty in preparing the motion given that Defendant is retired and lives approximately 300 miles from her office in Sacramento. (Doc. 19-1 at 2) Counsel certifies that the extension of time is not made for any improper purpose and that she has a good faith belief as to the merits of the motion. Id.

///
///
///
///
///
///

1

1  Good cause appearing, the Court **ORDERS** that Defendant is granted 15 days from the date of
2  service of this order in which to file the motion for summary judgment.
3
4
5  IT IS SO ORDERED.
6  Dated:   **June 25, 2012**                             **/s/ Jennifer L. Thurston**
7                                                        UNITED STATES MAGISTRATE JUDGE