# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCON,<br><br>              Plaintiff,<br><br>       v.<br><br>FARLEY,<br><br>              Defendant. | 1:11-cv-00427-LJO-JLT (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>30-DAY DEADLINE |

Plaintiff, Juan Antonio Falcon, is a state prisoner who is proceeding in this action on his claim under the First Amendment for being denied a mail package.  The action was recently reopened upon remand by the Ninth Circuit Court of Appeals.  (Doc. 37.)

Accordingly, it is HEREBY ORDERED, that within **30 days** of the date of service of this order, the parties shall notify the Court whether they believe, in good faith, that settlement is a possibility in this case and whether they are interested in having a settlement conference scheduled.

IT IS SO ORDERED.

   Dated:   **May 27, 2015**                                  **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE