UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO FALCON,<br><br>            Plaintiff,<br><br>    vs.<br><br>M. FARLEY,<br><br>            Defendant. | Case No. 1:11-cv-00427-LJO-JLT PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE JUAN ANTONIO FALCON, CDCR #T-92173<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON SALINAS VALLEY STATE PRISON AND BY MAIL ON INMATE FALCON |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2015, the Court issued a writ of habeas corpus ad testificandum directing the production Inmate Juan Antonio Falcon, CDCR #T-92173, for participation in a settlement conference scheduled for October 22, 2015, before Magistrate Judge Craig M. Kellison. On October 21, 2015, the parties filed a stipulation for voluntary dismissal of this action with prejudice. (Doc. 45.) Therefore, the settlement conference shall be vacated, and it is no longer necessary to transport Inmate Falcon.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The settlement conference set for October 22, 2015, at 1:00 p.m. before Magistrate Judge Craig M. Kellison is VACATED;

1

2. The Order & Writ of Habeas Corpus Ad Testificandum issued on August 6, 2015, commanding the production of inmate Juan Antonio Falcon, CDCR #T-92173, is VACATED;
3. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at Salinas Valley State Prison; and
4. The Clerk's Office shall serve a courtesy copy of this order by mail on Inmate Falcon.

IT IS SO ORDERED.

Dated:   **October 21, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE