UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO FALCON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. FARLEY,<br><br>　　　　　Defendant. | Case No. 1:11-cv-00427-LJO-JLT PC<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(Doc. 45) |

　　　Pursuant to the stipulation of voluntary dismissal filed by the parties on October 21, 2015, this action is DISMISSED in its entirety with prejudice.  (ECF No. 150.)  Each party shall bear its own litigation costs and attorneys' fees.

IT IS SO ORDERED.

　　Dated:   **October 21, 2015**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1